**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 369 EAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
NAHEEM WHITE, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.